UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------X

RODRIGO GARCIA,
*on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                      Plaintiff,

-against-

TOST CAFÉ INC., GROCERY TOST CAFÉ, INC., PANINI TOST CAFÉ INC., JOHN DOE CORP. 1 d/b/a TOST CAFÉ, JOHN DOE CORP. 2 d/b/a TOST CAFÉ, JOHN DOE CORP. 3 d/b/a TOST CAFÉ, SUMNDER SINGH, MOHAMMAD CHOUDRY and JOHN DOES 1-10,

                      Defendants.

-----------------------------------X

15 CV 1348

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 01 2015 ★
BROOKLYN OFFICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

*For the defendants, Grocery Tost Café, Inc and Mohammad Choudry:*

By: _____
Francisco Santiago, Esq.
Law Office of Francisco Santiago
244 Fifth Avenue, Suite F266
New York, NY 10001
Telephone: (212) 726-1078
franciscosantiagoesq@gmail.com

Date: 8/31/15

SO ORDERED
_____
U.S.D.J.

*For the Plaintiff:*

By: _____
C.K. Lee, Esq. /Anne Seelig
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 8/31/15

8/31/15
_____
Dated